No. 92–5615.   MAXWELL *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 92–5640.   FASSLER *v.* UNITED STATES PAROLE COMMISSION ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 92–5677.   MINEFIELD *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 92–5712.   MILLS ET AL. *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 92–5866.   CONDE *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 92–5870.   JONES *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 92–5879.   BROWN *v.* BORGERT, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 92–5886.   GESCHWENDT *v.* RYAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 92–5888.   MANNING *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 92–5902.   ELLIS *v.* OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 92–5903.   MEDLEY *v.* THOMAS, WARDEN.   C. A. 10th Cir. Certiorari denied.

No. 92–5906.   ELKIN *v.* FAUVER ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 92–5909.   YOUNG *v.* NEBRASKA.   Sup. Ct. Neb.   Certiorari denied.

No. 92–5927.   GROFF *v.* QUINN ET AL.   Super. Ct. Pa.   Certiorari denied.